No. D–807.   IN RE DISBARMENT OF CALLY.   It having been reported to the Court that James J. Cally has died, the rule to

show cause, heretofore issued on September 25, 1989 [492 U. S. 941], is hereby discharged.